Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE COLEMAN AND MICHELLE DEMONT, | Case No. 2:10-cv-06451-R -JC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| ENHANCED RECOVERY COMPANY, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the Central District Court of California, Plaintiffs' Notice of Voluntary Dismissal Without Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 1st day of November, 2010.

      By: s/Todd M. Friedman
         Todd M. Friedman, Esq.
         Law Offices of Todd M. Friedman, P.C.
         tfriedman@AttorneysForConsumers.com
         Attorney for Plaintiff

1 Filed electronically on this 1st day of November, 2010, with:

2

3 United States District Court CM/ECF system

4 And hereby served upon all parties

5 Notification sent on this 1st day of November, 2010, via the ECF system to:

6

7 Honorable Manuel L. Real
Judge of the United States District Court
8 Central District of California

9
Copy sent via mail on this 1st day of November, 2010, to:
10

11 Michele F. Martin
Smith Gambrell & Russell LLP
12 Bank of America Tower
13 50 North Laura Street, Suite 2600
14 Jacksonville, FL 32202

15

16

17 By: s/Todd M. Friedman
       Todd M. Friedman
18

19

20

21

22

23

24

25

26

27

28